NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN C. KELLY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7024

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2430, Judge John J. Farley, III.

---

**ON MOTION**

---

**O R D E R**

Eric K. Shinseki, Secretary of Veterans Affairs, moves without opposition for a 21-day extension of time to file his response brief from the date of filing of Kelly's corrected informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Secretary should calculate the due date for his response brief from the date of filing of Kelly's corrected informal brief.

FOR THE COURT

FEB 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven C. Kelly
    William P. Rayel, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 1 0 2012

JAN HORBALY
CLERK